Karen Haik Simonian

A#70364975

10250 Rancho Road

Adelanto, CA 92301

Pro Se

# UNITED STATES DISTRICT COURT FOR

# THE SOUTHERN DISTRICT OF NEW YORK

Case No. 1:10-CR-0895-11-PGG

United States of America

v.

Karen Haik Simonian

Defendant.

**MOTION TO VACATE CONVICTION**

**UNDER PENAL CODE SECTION §§ 1473.7, 1016.5**

**REQUEST FOR APPOINTMENT OF COUNCIL**

To the honorable Court and the Office of the District Attorney: please take note I Karen Haik Simonian am filing this motion in good faith and will move pursuant to Penal Code sections §§ 1473.7,1016.5. Furthermore, this motion is based on my belief that as the moving party, my ability to meaningfully understand, defend against, or knowingly accept the adverse immigration consequences of taking a plea were hindered because of the Ineffective Assistance of Council, not being advised of the immigration consequences of my plea, and failure from my former attorney in not seeking an immigration friendly disposition.

-1-

I want to submit a Declaration Under Penalty of Perjury before the court as evidence that will prove my claim, but would like appointment of counsel prior to submitting. Case law states that, "If the moving party is indigent and cannot attend the hearing because he or she is in federal custody awaiting deportation . . . the trail court should appoint counsel." (*Fryhaat*, supra, 35 Cal. App. 5th at p.978). I am currently in Federal custody at Adelanto ICE Processing Center in Adelanto, California therefore I am unable to attend any hearing the court would appoint.

"In addition to the requirements that the defendant be indigent and cannot attend the hearing, *Fryhaat* sets forth a third requirement that must be satisfied in order to trigger appointment of council – that the defendant make a *prima facie* case for relief under Penal Code §§1473.7, 1016.5 (*Fryhaat* supra 35 Cal. App. 5th at pp. 983-984.) A prima facie showing of entitlement to relief includes an allegation of some error and resulting prejudice to the moving party's ability to meaningfully understand defend against, or knowingly accept the plea. The evidence established a reasonable probability that defendant would have rejected the plea offer if he had understood the immigration consequences. I plead to a plea bargain through advisement of my former attorney but did not meaningfully understand, defend against, or knowingly accept the immigration consequences of accepting the plea. In, the California Legislature enacted Penal Code section 1473.7 which provides a vehicle for noncitizens who are no longer in custody to obtain post-conviction relief. I have raised an error but it's not limited to only (IAC), not knowing about the immigration consequences and resulting prejudice (possible deportation and mandatory detention). For the forgoing reasons, I respectfully request appointment of council in furtherance of justice and because I have fulfilled the 3 requirements under (*Fryhaat,* supra, 35 Cal. App. 5th) which is my inability to pay for attorney as I am indigent, my inability to attend the hearing as I am in federal custody and cannot be present, and made a *prima facie* case for relief under Penal Code §§ 1473.7, 1016.5.

-2-

I declare under penalty of perjury of the laws of the United States of America that the above is true and correct to the best of my knowledge.

Respectfully Submitted,

Date: July 10, 2026                                   /s/ _____

## **CERTIFICATE OF SERVICE**

On July 9, 2026, I Karen Haik Simonian caused to be served a copy of this motion to vacate, request for appointment of counsel, and any attached paged by placing it into the outbound mail receptacle at: Adelanto ICE Processing Center 10250 Rancho Road, Adelanto, California to be delivered via priority mail to the following address:

United States District Court, Southern District of New York

Thurgood Marshall U.S. Courthouse, 40 Foley Square New York, NY 10007
Party Served

United States Attorney for the U.S. District Court, Southern District of New York

Thurgood Marshall U.S. Courthouse, 40 Foley Square New York, NY 10007

-3-

Because I am currently in Federal Custody at an immigration detention center I respectfully request that any and all correspondence/communication related to these motions be appointed to my point of contact (fiance), her contact information is below:

## Anahit Minasyan:

*Phone Number*: (818)-791-8680

*Email*: Karen.Simonian @ Proton.me

*Address*: 334 N. Maryland Ave, APT #7, Glendale, California 91206

Thank you for your service and thank you for your consideration.

_____

**Karen Haik Simonian**

Date: July 10, 2026

-4-

# PRIORITY MAIL®

PRESS FIRMLY TO SEAL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

PS00001000012

EP14B Oc
OD: 10 x 6

JUL 16 2026

RECEIVED

9205 5902 2008 6411 9182 51

USPS TRACKING # USPS Ship

FSC MIX

how2recycle

U.S DISTRICT COURT SOUTHERN DISTRICT C
40 FOLEY SQ
NEW YORK NY 10007-1502

Criminal
Docketing

THE GEO GROUP
SIMONIAN 7036-49675 3C 104 2L
ADELANTO ICE PROCESSING CENTER 10400 RANCHO RD
ADELANTO CA 92301-2237

RDC 03

Created 07/13/2026

## PRIORITY MAIL®

Mailed from 92301          1 lb 0 oz

U.S. POSTAGE PAID
USPS Ship

US POSTAGE

usps.com

POUCH
Info

P
PRIORITY MAIL
FLAT RATE ENVELOPE

## USPS APIs

UNITED STATES
POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided
solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14B
© U.S. Postal Service; October 2023; All rights reserved.