UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

KAREN SIMONIAN,

Defendant.

**ORDER**

10 Cr. 895-011 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On July 16, 2026, Defendant Karen Simonian filed a pro se motion to vacate his conviction under Sections 1473.7 and 1016.5 of the California Penal Code. (See Mot. to Vacate (Dkt. No. 1032) at 1) The Defendant's "motion is based on [his] belief" that "[his] ability to meaningfully understand, defend against, or knowingly accept the adverse immigration consequences of taking a plea were hindered because of the Ineffective Assistance of Counsel, not being advised of the immigration consequences of my plea, and failure from my former attorney in not seeking an immigration friendly disposition." (Id.)

Defendant's motion has no merit. He pled guilty to and was convicted of a federal crime – racketeering conspiracy, in violation of 18 U.S.C. § 1962(d). (See Jdgmt. (Dkt. No. 588) at 1; Mar. 14, 2022 Plea Tr. (Dkt. No. 401) at 2) Accordingly, the California Penal Code has no application here, and this Court cannot vacate the Defendant's conviction under the statutes cited in his motion.

Moreover, the record indicates that the Defendant was fully aware of the immigration consequences of his guilty plea and conviction. At his March 14, 2012 guilty plea proceeding, the Defendant was asked, "Do you understand that if you are not a United States

citizen you would be subject to deportation on the basis of your conviction?" The Defendant responded, "Yes, sir." (See Mar. 14, 2022 Plea Tr. (Dkt. No. 401) at 4-5)

Accordingly, the Defendant's motion is denied. The Clerk of Court is directed to terminate the motion (Dkt. No. 1032).

Dated: New York, New York
      July 21, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge

2